JET/KRS: Nov. 2018
GJ#27

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | UNDER SEAL |
| ) | |
| CHRISTOPHER A. MCNABB  ) | |
| (a.k.a. "RUDY")   ) | |

# I N D I C T M E N T

**COUNT ONE**: **[18 U.S.C. § 922(g)(1)]**

The Grand Jury charges:

That on or about April 30, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER A. MCNABB** (a.k.a. "RUDY"),

after having been convicted on November 2, 2016, in the Circuit Court of St. Clair County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2016-202; on September 9, 2015, in the Circuit Court of St. Clair County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2015-46; on June 27, 2000, in the

Circuit Court of Jefferson County, Alabama, of the offense of Robbery, Second Degree, in case number CC-96-60; on December 18, 1997, in the Circuit Court of Shelby County, Alabama, of the offense of Unlawful Breaking and Entering a Vehicle, two counts, in case numbers CC-96-118 and CC-96-116; crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, that is, a Davis Industries Model P380, .380 caliber pistol, a Bryco Arms Model 38, .380 caliber pistol, and .270 caliber and .25 caliber ammunition, which had been shipped and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO: [26 U.S.C. § 5861(d)]**

The Grand Jury charges:

That on or about April 30, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER A. MCNABB** (a.k.a. "RUDY"),

knowingly received and possessed a Diamondback Arms Model DB-15, .223 Remington caliber firearm, with a barrel length of less than 16 inches and an overall length of less than 26 inches, as defined in Section 5845(a) of Title 26, which firearm was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

**COUNT THREE:** **[26 U.S.C. § 5861(d)]**

The Grand Jury charges:

That on or about April 30, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER A. MCNABB** (a.k.a. "RUDY"),

knowingly received and possessed a SWD Model M-11, 9mm Luger caliber machinegun, as defined in Section 5845(b) of Title 26, which machinegun was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

**COUNT FOUR**: **[18 U.S.C. § 842(i)(1)]**

The Grand Jury charges:

That on or about April 30, 2018, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER A. MCNABB** (a.k.a. "RUDY"),

after having been convicted on November 2, 2016, in the Circuit Court of St. Clair County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2016-202; on September 9, 2015, in the Circuit Court of St. Clair County, Alabama, of the offense of Unlawful Possession of a Controlled Substance, in case number CC-2015-46; on June 27, 2000, in the

3

Circuit Court of Jefferson County, Alabama, of the offense of Robbery, Second Degree, in case number CC-96-60; on December 18, 1997, in the Circuit Court of Shelby County, Alabama, of the offense of Unlawful Breaking and Entering a Vehicle, two counts, in case numbers CC-96-118 and CC-96-116; crimes punishable by imprisonment for a term exceeding one year, did knowingly receive and possess explosives, that is, three (3) shock tube explosive detonators, which had been shipped and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Section 842(i)(1).

## NOTICE OF FORFEITURE
[18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of Count One, Two, Three or Four, the defendant, **CHRISTOPHER A. MCNABB** (a.k.a. "RUDY"), shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, ammunition and explosives involved in or used in the commission of the offense, including, but not limited to, a Davis Industries Model P380, .380 caliber pistol, bearing serial number AP436326; a Bryco Arms Model 38, .380

caliber pistol, bearing serial number 334358; a Diamondback Arms Model DB-15, .223 Remington caliber firearm, bearing serial number DB1805717; an SWD Model M-11, 9mm Luger caliber machinegun, bearing serial number 86-0008613; .270 caliber and .25 caliber ammunition; and three (3) shock tube explosive detonators.

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                JAY E. TOWN
                United States Attorney

                */s/ Electronic Signature*
                KEVIN R. SANCHEZ
                Assistant United States Attorney