IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ] | |
| Plaintiff, | ] | |
| v. | ] | 2:18-CR-538 KOB JHE |
| **CHRISTOPHER A. McNABB,** | ] | |
| Defendant. | ] | |

## MEMORANDUM OPINION AND ORDER

This matter comes before the court on Defendant Christopher McNabb's motion to suppress evidence seized pursuant to two search warrants, both executed on April 30, 2018. (Doc. 13). The magistrate judge entered his report and recommendation on April 23, 2019 (doc. 28), recommending that the court deny Mr McNabb's motion to suppress. Mr. McNabb filed no objections.

After reviewing the entire file, including the transcripts of <u>both</u> hearings conducted by the magistrate judge, the court ADOPTS the report of the magistrate judge and ACCEPTS his recommendation. For all of the reasons contained in the report and recommendation (doc. 28), the court DENIES the motion to suppress (doc. 13).

**DONE** and **ORDERED** this 28th day of June, 2019.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE