FILED
2019 Aug-16 PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

FILED
AUG -7 2019
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| v. | ] | |
| | ] | |
| CHRISTOPHER A. McNABB, | ] | 2:18-CR-538 KOB-JHE (001) |
| a/k/a "Rudy" | ] | |
|     Defendant. | ] | |
| | ] | |

## VERDICT

We, the jury, duly empaneled in this case, as to COUNT ONE of the indictment, felon in possession of a firearm, hereby find the defendant Christopher A. McNabb, a/k/a "Rudy":

____✓____   Guilty

_____   Not Guilty


As to COUNT TWO of the indictment, Possession of Unregistered Firearm, hereby find the defendant Christopher A. McNabb, a/k/a "Rudy":

____✓____   Guilty

_____   Not Guilty

As to COUNT THREE of the indictment, Possession of Unregistered Firearm, hereby find the defendant Christopher A. McNabb, a/k/a "Rudy":

✓ Guilty

____ Not Guilty

As to COUNT FOUR of the indictment, Possession of Explosives by a Prohibited Person, hereby find the defendant Christopher A. McNabb, a/k/a "Rudy":

____ Guilty

✓ Not Guilty

8/7/19
**Date**

**Foreperson's Signature**