STYLE: U. S. v. CHRISTOPHER A. McNABB

CASE NUMBER: 2:18-cr-00538-KOB-JHE

**EXHIBITS – TRIAL**
**DATE: 8-5-19**

PLAINTIFF –
**UNITED STATES OF AMERICA**

GOVERNMENT –
Kevin R. Sanchez, AUSA

DEFENDANT –
**CHRISTOPHER A. McNABB**
Victor Kelley, *Attorney*

COURT
**HON. KARON O. BOWDRE,** *presiding*

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS | O/R | RES | RULING ON REOFFER SUS | O/R | REC'D COND. OR LTD. | RECEIVED | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | | | | | | ✓ 8/6/19 | Photograph 1 of house |
| | 2 | ✓ | | | | | | | ✓ 8/6/19 | Photograph 2 of house |
| | 3 | ✓ | | | | | | | ✓ 8/6/19 | Photograph 3 of house |
| | 4 | ✓ | | | | | | | ✓ 8/6/19 | Photograph 4 of house |
| | 5 | ✓ | | | | | | | ✓ 8/6/19; 8/7/19 | Photograph of bedroom 1 |
| | 6 | ✓ | | | | | | | ✓ 8/6/19 | Search and Seizure Warrant |
| | 7 | ✓ | | | | | | | ✓ 8/6/19; 8/7/19 | ATF Sketch |
| | 8 | ✓ | | | | | | | ✓ 8/6/19; 8/7/19 | Diamondback Arms Model DB-15, .223 firearm |
| | 9 | ✓ | | | | | | | ✓ 8/6/19; 8/7/19 | SWD Model M-11, 9mm Luger caliber machinegun |

STYLE: U. S. v. CHRISTOPHER A. McNABB        CASE NUMBER: 2:18-cr-00538-KOB-JHE

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – TRIAL DATE: 8-5-19<br><br>PLAINTIFF – UNITED STATES OF AMERICA<br><br>GOVERNMENT – Kevin R. Sanchez, AUSA<br><br>DEFENDANT – CHRISTOPHER A. McNABB<br>Victor Kelley, *Attorney*<br><br>COURT<br>HON. KARON O. BOWDRE, *presiding* |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 10 | ✓ | | | | | | | ✓ | Bryco Arms Model 38, .380 caliber pistol<br>8/6/19 ; 8/7/19 |
| | 11 | ✓ | | | | | | | ✓ | Davis Industries Model P380, .380 caliber pistol<br>8/6/19 ; 8/7/19 |
| | 12 | ✓ | | | | | | | ✓ | .25 caliber ammunition and .270 caliber ammunition<br>8/6/19 ; 8/7/19 |
| | 13 | ✓ | | | | | | | ✓ | Photograph of firearm - Diamondback Arms Model DB-15 .223 Remington<br>8/6/19 |
| | 14 | ✓ | | | | | | | ✓ | Photograph 1 of SWD Model M-11, 9 mm Luger caliber machinegun<br>8/6/19 ; 8/7/19 |
| | 15 | ✓ | | | | | | | ✓ | Photograph of fake firearms<br>8/6/19 |
| | 16 | ✓ | | | | | | | ✓ | Photograph of United States Postal Service evidence<br>8/6/19 |
| | 17 | ✓ | | | | | | | ✓ | Photograph of bedroom 1<br>8/6/19 ; 8/7/19 |

STYLE:  U. S. v. CHRISTOPHER A. McNABB        CASE NUMBER:  2:18-cr-00538-KOB-JHE

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – TRIAL DATE: 8-5-19 PLAINTIFF – UNITED STATES OF AMERICA GOVERNMENT – Kevin R. Sanchez, AUSA DEFENDANT – CHRISTOPHER A. McNABB Victor Kelley, Attorney COURT HON. KARON O. BOWDRE, presiding |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 18 | ✓ | | | | | | | ✓ | Photograph of defendant's bedroom door 8/6/19 ; 8/7/19 |
| | 19 | ✓ | | | | | | | ✓ | Photograph of defendant's safe 8/6/19 ; 8/7/19 |
| | 20 | ✓ | | | | | | | ✓ | Photograph of Barry's dresser drawer 8/6/19 |
| | 21 | ✓ | 8/6 | | | | | | ✓ | Photograph of fake firearms 8/6/19 · 8/7/19 |
| | 22 | ✓ | | | | | | | ✓ | Redacted audio recording of Christopher McNabb's Interview 8/6/19 |
| | 23 | ✓ | | | | | | | ✓ | Photograph of shelf inside bedroom 1 8/7/19 |
| | 24 | ✓ | | | | | | | ✓ | Photograph of firearm – Bryco Model 38, .380 caliber pistol 8/7/19 |
| | 25 | ✓ | | | | | | | ✓ | Photograph of ammunition in safe 8/7/19 |
| | 26 | ✓ | | | | | | | ✓ | Photograph of safe with firearm 8/7/19 |

STYLE: U. S. v. CHRISTOPHER A. McNABB          CASE NUMBER: 2:18-cr-00538-KOB-JHE

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) SUS / O/R / RES | RULING ON REOFFER SUS / O/R | REC'D COND. OR LTD. | RECEIVED | EXHIBITS – TRIAL DATE: 8-5-19 |
|---|---|---|---|---|---|---|---|
| | | | | | | | PLAINTIFF – UNITED STATES OF AMERICA  GOVERNMENT – Kevin R. Sanchez, AUSA  DEFENDANT – CHRISTOPHER A. McNABB  Victor Kelley, *Attorney*  COURT HON. KARON O. BOWDRE, *presiding* |
| | 27 | ✓ | | | | ✓ | Photograph 2 of firearm – Davis Industries Model P380, .380 caliber pistol  8/8/19 |
| | 28 | ✓ | | | | ✓ | Photograph of .25 caliber ammunition and of .270 caliber ammunition  8/7/19 |
| | 29 | ✓ | | | | ✓ | Photograph of detonator cord  8/7/19 |
| | 30 | ✓ | | | | ✓ | Photograph of detonator and detonator cord  8/7/19 |
| | 31 | | | | | | Audio recording of Morgan Holcomb interview |
| | 32 | ✓ | | | | ✓ | Photograph of detonator cord taken in bedroom 1  8/7/19 |
| | 33 | | | | | | |
| | 34 | | | | | | |
| | 35 | | | | | | |