ATF Sketch Template

Case #:

Address/Name: 270 McNabb Road, Leeds, Alabama

Date of Sketch: 04/30/18

***NOT TO SCALE***

Team Leader: Luke Iversen / Kris Braswell
Evidence Tech: - Eric Motter
Photographer: Lance Bissell

Kitchen

Living room
⑬

Bedroom 3

Bathroom

⑭

⑫
3

①(4)
Bedroom 1

⑮

Bedroom 2

⑦

⑥

⑧

⑨

⑩(10)

⑪

LEGEND

Item #2 taken from open safe in between Bedroom 1&2

1 - 2 - Firearms

3 - Ammo Boxes associated Ammo O

4 - Springe 2 Davis Industries Pistol

5 - Bryco Arms 380 Pistol

G - Revolver grip

7 - Assorted Ammo O

B - Assorted ammo on bed (shotgun shell

1.) 22 lr ammo on bed

(0.) Assorted Ammo

11.) Assorted Ammo

12.) shell casings .40

13.) .40 round Living room Floor

Schematic Artist: SA McGowan

Signature: Ryan G. Moore

Page 1 of 2

2:18-cr-00538-KOB-JHE
8-5-2019
GOVT EX NO 7
JURY TRIAL

## ATF Sketch Template

Case #:

Address/Name: 770 Microbe Rd Leeds, AL

Date of Sketch: 4/30/18

N

***NOT TO SCALE***

Team Leader: Kris Bradley

Evidence Tech: Eric Haxter

Photographer: Lance Bissell

outbuilding #1

(17, 18, 19, 20, 21, 22, 23, 24, 25)

### LEGEND

14 - Blasting caps

15 - Smokeless Powder

- 2 loaded Pistols,
- 2 Partial boxes,
- 2 expended military
- type grenades
- - various parts
- of the bedroom
- #1

16 - .45 cal Magazine

17 - gun powder

17 - cal Police 38

18 - 6 rounds .38 special,

Uzi w/ Tom C1

18. Nathope Mortar

Rough Filler .22

19. M-11 sub Tac.

20. Plastic gun

21) 5 .22LR

23) Diesel Act.

Schematic Artist: Ryan A. McGolden     Signature:

Page 2 of 2