FILED
2019 Aug-16  PM 12:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

