FILED
2019 Aug-16 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:18-cr-00538-KOB-JHE
8-5-2019 JURY TRIAL
GOVT EX NO 11

