Case 2:18-cr-00538-KOB-JHE   Document 51-18   Filed 08/16/19   Page 1 of 1

FILED
2019 Aug-16 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:18-cr-00538-KOB-JHE
8-5-2019 JURY TRIAL
GOVT EX NO 18



Dear Rudy —

Came by with alot of money for you, however Janky ass wasn't your Don't remember permissio... love...