FILED
2019 Aug-16  PM 12:47
U.S. DISTRICT COURT
N.D. OF ALABAMA



2:18-cr-00538-KOB-JHE
8-5-2019  JURY TRIAL
GOVT EX NO 21