FILED

2019 Aug-16  PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:18-cr-00538-KOB-JHE
8-5-2019   JURY TRIAL
GOVT EX NO  30