FILED
2019 Aug-16 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
AUG -7 2019
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| ] | |
| VS.   ] | **CASE NO. 2:18-CR-538 KOB-JHE** |
| ] | |
| **CHRISTOPHER A. McNABB,** ] | |
| Defendant.   ] | |

### TRIAL EXHIBIT RECEIPT

Receipt is hereby acknowledged of the following trial exhibits:

GX  8 - Diamondback Arms Model DB-15, .223 firearm
GX  9 - SWD Model M-11, 9mm Luger caliber machinegun
GX 10 - Bryco Arms Model 38, .380 caliber pistol
GX 11 - Davis Industries  Model P380, .380 caliber pistol
GX 12 - .25 caliber ammunition and .270 caliber ammunition

_____
Signature
8/6/19
_____
Date

Returned for trial on 8/7/19
_____ 8/7/19

Returned to agent 8/7/19
_____